UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, and CITY OF COLUMBUS, INDIANA,<br><br>              Plaintiffs,<br><br>    vs.<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC,<br><br>              Defendant. | 1:16-cv-03210-RLY-MJD |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

In 2007, the City of Columbus, Indiana, purchased a 2007 Freightliner from Daimler Trucks North America, LLC, to use as a trash hauler. On May 11, 2015, the engine compartment of the Freightliner caught fire, causing extensive damage to the truck and two other packer trucks parked nearby at the time. The City of Columbus and its insurer, U.S. Specialty Insurance Company, filed this lawsuit against Daimler to recover insurance proceeds paid to the City.

On January 6, 2017, Daimler filed a Motion to Dismiss Plaintiff's Complaint (Filing No. 21) under Federal Rule of Civil Procedure 12(b)(6). The court referred the matter to the Magistrate Judge, who issued his Report and Recommendation. He concluded Defendant's Motion should be granted with respect to (1) Plaintiff's claim for breach of the implied warranty of merchantability and (2) Plaintiff's product liability tort

1

claim as to the 2007 Freightliner truck, and denied with respect to the other two packer trucks damaged in the fire. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, this court is satisfied that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 47).

**SO ORDERED** this 7th day of June 2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.